# United States Bankruptcy Court

## District Of Delaware

In re __Opus South Corporation,__
Debtor

Case No. 09-11390

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 24,823,600.00 | | |
| B - Personal Property | YES | 3 | $ 13,140,398.00 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 18,675,531.98 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 2 | | $ 295,884.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 9,673,931.37 | |
| G - Executory Contracts and Unexpired Leases | YES | 13 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ N/A |
| TOTAL | | 55 | $ 37,963,998.00 | $ 28,645,347.89 | |

In re  Opus South Corporation,                         Case No.  09-11390
           **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under " Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Suwanee Gateway Suwanee, GA | Land held for development | | $23,346,000 | $16,124,000 |
| 3805 N. Elm Street Greensboro, NC | Land held for development | | $ 1,477,600 | None. |
| | | Total ➤ | $24,823,600 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  Opus South Corporation,                    Case No.   09-11390
             **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting and Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand. | | Petty Cash | | 2,587 |
| 2 | Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating Account | | 674,912 |
| | | | Money Market Account | | 313,144 |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others. | | Bonds - See attached list. | | |
| 4 | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5 | Books; pictures and other art objects; antiques; stamp, coin, record, tape compact disc, and other collections or collectibles. | X | | | |
| 6 | Wearing apparel. | X | | | |
| 7 | Furs and jewelry. | X | | | |
| 8 | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9 | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10 | Annuities. Itemize and name each issuer. | X | | | |
| 11 | Interest in an education IRA as defined in 26 USC Section 530(b)(1) or under qualified State tuition plan as defined in 26 USC Section 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 USC Section 521( c ); Rule 1007(b)). | X | | | |
| 12 | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13 | Stock and interest in corporate and unincorporated businesses. Itemize | | See attachment | | |

DAL 77,548,257v1 6-9-09

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING AND SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 14 | Interest in partnerships or joint ventures. Itemize. | | ODP Nashville, L.L.C. Minneapolis, MN | | unknown |
| | | | ODP Falcons Nest, L.L.C. Minneapolis, MN | | unknown |
| | | | ORE, FL VII Tampa Oaks II, Minneapolis, MN | | unknown |
| | | | ORE, FL VII UCC III, Minneapolis, MN | | unknown |
| | | | Premier VII, L.L.C., Minneapolis, MN | | unknown |
| | | | Royal 85, L.L.C. Minneapolis, MN | | unknown |
| | | | ORE GA VIII Hartman 4 & 5, Minneapolis, MN | | unknown |
| | | | Dalton Mixed Use Development, L.L.C. | | unknown |
| | | | | | |
| 15 | Government and corporate bonds and other negotiable own non-negotiable instruments. | X | | | |
| 16 | Accounts receivable. | | Construction Projects | | 9,028,098 |
| | | | Real Estate | | 2,297,213 |
| | | | Related Parties | | 89,026 |
| 17 | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18 | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19 | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20 | Contingent and noncontingent interests in estate of decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22 | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23 | Licenses, franchises, and other general intangibles. Give particulars. | | Sewage Capacity Rights, Atlanta, GA | | 413,000 |
| 24 | Customer lists or other compilations containing personally identifiable information (as defined in 11 USC Section 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING AND SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 25 | Automobiles, trucks, trailers, and other vehicles and accessories. | | 8 Trucks | | 100,233 |
| 26 | Boats, motors, and accessories. | X | | | |
| 27 | Aircraft and accessories. | X | | | |
| 28 | Office equipment, furnishings, and supplies. | | Office Furniture/Computer | | ETTIMATE      200,000 |
| 29 | Machinery, fixtures, equipment, and supplies used in business. | | Equipment | | 22,185 |
| 30 | Inventory. | X | | | |
| 31 | Animals. | X | | | |
| 32 | Crops - growing or harvested. Give particulars. | X | | | |
| 33 | Farming equipment and implements. | X | | | |
| 34 | Farm supplies, chemicals, and feed. | X | | | |
| 35 | Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | | TOTAL      $ | 13,140,398 |

(Report total also on Summary of Schedules)

Opus South Corporation
Schedule B, Item #3 - Exhibit

| BOND LIST (Opus South Corporation) | | Case # 09-11390 |
|---|---|---|
| OBLIGEE | BOND DESCRIPTION | AMT OF BOND |
| 1. Cobb County, GA | Code Compliance | $ 10,000.00 |
| 2. City of Suwanee, GA | Erosion Control | $ 22,800.00 |
| 3. State of Georgia | GDOT Permit | $200,000.00 |
| 4. Horizon Commercial Roofing | Release of Mechanic's Lien | $23,026.00 |
| 5. GA Power Co. | Utility Deposit | $26,250.00 |
| 6. Greystone Power Corp. GA | Utility Deposit | $9,000.00 |
| 7. Lowe's Home Ctrs., Inc., GA | Site Development | $ 1,500,000.00 |
| 8. City of Suwanee, GA | Sub-Division Erosion Control | $ 33,000.00 |
| 9. City of Suwanee, GA | Sub-Division | $ 165,000.00 |
| 10. Ave Maria Dev. | Ave Maria Construction | $ 47,576,142.00 |

Opus South Corporation
Case No. 0911390

Schedule B, Item # 13

## Opus South Corporation entities

|  | ENTITY | OWNER ENTITY |
|---|---|---|
| 1 | Opus South Development, L.L.C. | OSC 100% |
| 2 | 300 Beach Drive, L.L.C. | OSD, LLC 100% |
| 3 | Clearwater Bluff, L.L.C. | OSD, LLC 100% |
| 4 | Altaire Village, L.L.C. | OSD, LLC 100% |
| 5 | 400 Beach Drive, L.L.C. | OSD, LLC 100% |
| 6 | Waters Edge One, L.L.C. | OSD, LLC 100% |
| 7 | Calm Waters, L.L.C. | OSD, LLC 100% |
| 8 | Laguna Riviera Ventures, L.L.C. | OSD, LLC 100% |
| 9 | One North Ocean, L.L.C. | OSD, LLC 100% |
| 10 | JCL Investments, L.L.C. | OSD, LLC 100% |
| 11 | Opus South Contractors, L.L.C. | OSC 100% |
| 12 | Opus South Construction Corporation | OSC 100% |
| 13 | Opus South Management Corporation | OSC 100% |
| 14 | Tampa Oaks III, L.L.C. | OSC 100% |
| 15 | Opus South T, L.L.C. | OSC 100% |
| 16 | Shoppes of Four Corners, L.L.C. | OSC 100% |
| 17 | 8th & 14th, L.L.C. | OSC 100% |
| 18 | Nature Coast Commons, L.L.C. | OSC 100% |
| 19 | Dalton Mixed Use Development, L.L.C. | OSC 70% |
| 20 | Key Crossings, LLC | OSC 15.7% |
| 21 | Premier VII, L.L.C. | OSC 12.07% |
| 22 | ORE VII, LP | OSC 1.81% (?) |
| 23 | ORE FL VII TO2, L.L.C. | OSC 1% |
| 24 | ORE FL VII UCC3, L.L.C. | OSC 1% |
| 25 | Royal 85, L.L.C. | OSC 1% |
| 26 | ORE GA VIII H4&5, L.L.C. | OSC 1% |
| 27 | ODP Nashville, L.L.C. | OSC 10% |
| 28 | Nashville Industrial I, L.L.C. | ODP Nashville 100% |
| 29 | Nashville Industrial, L.L.C. | ODP Nashville 100% |
| 20 | ODP Falcon's Nest, L.L.C. | OSC 10% |
| 31 | Falcon's Nest Office, L.L.C. | ODP Falcon's Nest 100% |
| 32 | Falcons Nest Office I, L.L.C. | ODP Falcon's Nest 100% |

In re  Opus South Corporation,          Case No.  09-11390
           **Debtor**          **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 005-232-0264-3 <br><br> National City Bank <br> Investment Real Estate/Locator <br> 75-FL-N698 <br> 20 N Orange Ave Ste 1108 <br> Orlando, FL 32801 | | | 1/31/2008. Lien. Suwanee Gateway land held for development. <br><br> VALUE $23,346,000 | | | | $16,124,000.00 | |
| ACCOUNT NO. <br><br> A.L. Grading Contractors, Inc. <br> Gady C. Zeewy <br> Levy & Zeewy, LLC <br> 1862 Independence Sq. Ste D <br> Atlanta, GA 30338-5136 | | | 3/27/2009. Lien. Suwanee Gateway land held for development. <br><br> VALUE $23,346,000 | | | | $87,858.70 | |
| ACCOUNT NO. <br><br> A.L. Grading Contractors, Inc. <br> Gady C. Zeewy <br> Levy & Zeewy, LLC <br> 1862 Independence Sq. Ste D <br> Atlanta, GA 30338-5136 | | | 4/6/2009. Lien. Suwanee Gateway land held for development. <br><br> VALUE $23,346,000 | | | | $87,858.70 | |

<u>5</u> continuation sheets attached

Subtotal ► (Total of this page)  $ $16,299,717.40  $ 0.00

Total ► (Use only on last page)  $  $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    Opus South Corporation,                          Case No.    09-11390
_____                           _____
              Debtor                                              (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Advanced Iron Works (Ruppert Nurseries)<br>7950 Hawkins Creamery Rd<br>Laytonsville, MD 20882 | | | 4/21/2009. Lien. Suwanee Gateway land held for development.<br><br>VALUE $23,346,000 | | | | $13,000.00 | |
| ACCOUNT NO.<br>All Pro Roofing<br>5215 South Royal Atlanta Drive<br>Tucker, GA 30084 | | | 5/1/2009. Lien. Suwanee Gateway land held for development.<br><br>VALUE $23,346,000 | | | | $26,110.00 | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

Sheet no. 1 of 5 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ▶
(Total of this page)

$        39,110.00

Total ▶
(Use only on last page)

$                          $

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

In re  Opus South Corporation,                    Case No.  09-11390
         **Debtor**                                                    (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Thomas Concrete Of Georgia, Inc.<br>2500 Cumberland Pkwy., #200<br>Atlanta, GA 30339 | | | 5/15/09. Claim of Lien. Falcon's Nest Office 1 Tract 5, Terraces at Suwanee Gateway<br>VALUE $ 23,346,000.00 | | | | $2,533.40 | |
| ACCOUNT NO.<br>A.L. Grading Contractors, Inc.<br>110 Peachtree Industrial Blvd.<br>Sugarhill, GA 30518 | | | 4/07/09. Claim of Lien. Land Lot 169, 7th Dist. Suwanee, GA<br><br>VALUE $ 23,346,000.00 | | | | $614,380.44 | |
| ACCOUNT NO.<br>Advanced Iron Works, Inc.<br>4275 Brogdon Exchange<br>Suwanee, GA 30024 | | | 4/21/09. Claim of Lien. Land Lot 169, 7th Dist. Tract 1B, Terraces at Suwanee Gateway<br>VALUE $ 23,346,000.00 | | | | $13,000.00 | |
| ACCOUNT NO.<br>All Pro Roofing & Construction, Inc.<br>12195 Hwy. 92 Ste. 114-214<br>Woodstock, GA 30188 | | | 5/01/09. Claim of Lien. Office Bldg. 1 455 Burnett Rd.(Tract 5) Suwanee, GA 30024<br>VALUE $ 23,346,000.00 | | | | $26,110.10 | |
| ACCOUNT NO.<br>Allsouth Sprinkler Company<br>1525 Broadmoor Blvd.<br>Buford, GA 30518 | | | 4/29/09. Claim of Lien. Office Bldg. 1 455 Burnett Rd.(Tract 5) Suwanee, GA 30024<br>VALUE $ 23,346,000.00 | | | | $16,015.00 | |

Sheet no.  2  of  5  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

$          672,038.94      |  $          0.00

Total ▶
(Use only on last page)

$                                  |  $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re  Opus South Corporation,                           Case No.  09-11390
_____               _____
              Debtor                                        (If known)

## SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Anning-Johnson Company<br>1901 MacArthur Blvd.<br>Atlanta, GA 30318 | | | 3/31/09. Claim of Lien.<br>Office Bldg. 1<br>455 Burnett Rd.(Tract 5)<br>Suwanee, GA 30024<br>VALUE $ 23,346,000.00 | | | | $169,875.19 | |
| ACCOUNT NO.<br>Atanta Flooring Design Centers, Inc.<br>3665 Swiftwater Park Dr.<br>Bldg. 2<br>Suwanee, GA 30024 | | | 4/28/09. Claim of Lien.<br>Land Lot 169, 7th Dist.<br>Tracts 4, 4a, 5 and 7.<br>Suwanee, GA<br><br>VALUE $ 23,346,000.00 | | | | $19,279.00 | |
| ACCOUNT NO.<br>Andrew Electric Co., Inc.<br>950 Cripple Creek Dr.<br>Lawrenceville, GA 30043 | | | 5/15/09. Claim of Lien.<br>Land Lot 169, 7th Dist.<br>Tracts 1, 1A, 1B, 2, 3,<br>3A, 3B, 3C, 4, 4A, 4B,<br>5, 6, 7, 7A, 8, 9, 10, 11,<br>12 and 13. Common<br>Areas 1 and 2.<br>VALUE $ 23,346,000.00 | | | | $21,360.00 | |
| ACCOUNT NO.<br>Baldwin Paving Company, Inc.<br>1014 Kenmill Dr. NW.<br>Marietta, GA 30060 | | | 4/27/09. Claim of Lien.<br>Land Lot 169, 7th Dist.<br>Tract 5<br>Suwanee, GA<br>VALUE $ 23,346,000.00 | | | | $187,677.09 | |
| ACCOUNT NO.<br>Columbia Precast, LLC<br>12195 Hwy. 92, Ste. 114-214<br>Woodstock, GA 30188 | | | 5/04/09. Claim of Lien.<br>455 Burnett Rd.(Tract 5)<br>Suwanee, GA 30024<br><br>VALUE $ 23,346,000.00 | | | | $202,460.45 | |

Sheet no. _3_ of _5_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ▶
(Total of this page)

$ 600,651.73    $        0.00

Total ▶
(Use only on last page)

$                 $

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

DAL 77,548,267v1 6-8-09

B6D (Official Form 6D) (12/07) — Cont.

In re  Opus South Corporation,                     Case No.  09-11390
              **Debtor**                                          **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Curb-Tech, Inc.<br>PO Box 2697<br>Cumming, GA  30028 | | | 4/27/09. Claim of Lien. Land Lot 169, 7th Dist. Tracts 4, 4A, 4B, 6 and 7 Suwanee, GA<br>VALUE $ 23,346,000.00 | | | | $77,261.09 | |
| ACCOUNT NO.<br>Henry Incorporated<br>2285 Park Central Blvd.<br>Decatur, GA  30035 | | | 4/15/09. Claim of Lien. Land Lot 169, 7th Dist. Tracts 1, 1B, 2, 3, 3A, 3B, 3C, 4A, 4B, 5, 6, 7, 7A, 8, 11, 12 and 13 Suwanee, GA<br>VALUE $ 23,346,000.00 | | | | $137,766.58 | |
| ACCOUNT NO.<br>Hemma Concrete, Inc.<br>1691 Sands Pl. SE., Ste. A<br>Marietta, GA  30067<br>(Sub-Contractor to Rupert Nurseries II, Inc.) | | | 3/13/09. Claims of Lien. Land Lot 169, 7th Dist. Suwanee, GA<br>VALUE $ 23,346,000.00 | | | X | $23,414.00 | |
| ACCOUNT NO.<br>King Steel, Inc.<br>PO Box 2021<br>Lawrenceville, GA  30046 | | | 5/01/09. Claims of Lien. Land Lot 169, 7th Dist. Tract 5 Suwanee, GA<br>VALUE $ 23,346,000.00 | | | | $187,802.90 | |
| ACCOUNT NO.<br>Kone, Inc.<br>PO Box 429<br>Moline, IL  61266 | | | 5/06/09. Claim of Lien. Land Lot 169, 7th Dist. Tract 5 Suwanee, GA<br>VALUE $ 23,346,000.00 | | | | $74,686.88 | |

Sheet no.  4  of  5  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

$         500,931.45    $              0.00

$                           $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*DAL 77,548,267v1 6-8-09*

B6D (Official Form 6D) (12/07) – Cont.

In re  Opus South Corporation,                    Case No.  09-11390
       **Debtor**                                   **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lutrell Architectural Woodworks, Inc. | | | 3/17/09. Claim of Lien. Land Lot 169, 7th Dist. Tract 5 Suwanee, GA | | | | $39,972.20 | |
| | | | VALUE $ 23,346,000.00 | | | | | |
| ACCOUNT NO.<br>Piedmont Geotechnical Consultants, Inc.<br>12195 Hwy. 92, Ste. 114-214<br>Woodstock, GA  30188 | | | 5/15/09. Claim of Lien. Office Bldg. 1 455 Burnett Rd. Suwanee, GA  30024 | | | | $5,327.25 | |
| | | | VALUE $23,346,000.00 | | | | | |
| ACCOUNT NO.<br>Quality Concrete of Atanta, Inc.<br>2910 Peachtree Industrial Blvd.<br>Buford, GA  30518 | | | 4/27/09. Claim of Lien. Office Bldg. 1 455 Burnett Rd. Suwanee, GA  30024 | | | | $68,287.31 | |
| | | | VALUE $ 23,346,000.00 | | | | | |
| ACCOUNT NO.<br>Ruppert Nurseries, Inc.<br>4795 West Price Rd.<br>Sugar Hill, GA  30518 | | | 4/08/09. Claim of Lien. Land Lot 169, 7th Dist. Tract 5 Suwanee, GA | | | | $270,452.40 | |
| | | | VALUE $ 23,346,000.00 | | | | | |
| ACCOUNT NO.<br>Schumate Mechanical, LLC<br>2805 Premiere Pkwy.<br>Duluth, GA  30097 | | | 5/15/09. Claim of Lien. Land Lot 169, 7th Dist. Tract 5 Suwanee, GA | | | | $179,043.30 | |
| | | | VALUE $ 23,346,000.00 | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

$ $563,082.46   $ 0.00

Total ▶
(Use only on last page)

$ 18,675,531.98   $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   Opus South Corporation,                                 Case No.   09-11390

**Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife ,Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re   Opus South Corporation,                 Case No.    09-11390
                 **Debtor**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>15</u> continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re  Opus South Corporation,                                    Case No.    09-11390
              **Debtor**                                                         **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
**Taxes**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Guilford County Tax Department <br> PO Box 3328 <br> Greensboro, NC  27402 | | | 4/1/2009 | | | | $3.04 | $3.04 | $0 |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |

Sheet no. 1 of 15 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals► <br> (Totals of this page) | $ 3.04 | $ 3.04 | |
| Total► <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 3.04 | | |
| Totals► <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 3.04 | $ 0.00 |

*DAL 77,548,271v1 6-9-09*

B6E (Official Form 6E) (12/07) – Cont.

In re  Opus South Corporation,                          Case No.  09-11390
             Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>John E. Bell | | | March 31, 2009 | | | | $30,000.00 | $10,950.00 | $19,050.00 |
| Account No.<br><br>Charles Robert Berry | | | March 31, 2009 | | | | $1,250.00 | $1,250.00 | $0.00 |
| Account No.<br><br>Dave Blanchard | | | March 31, 2009 | | | | $3,250.00 | $3,250.00 | $0.00 |
| Account No.<br><br>Robert B. Bolton | | | March 31, 2009 | | | | $2,000.00 | $2,000.00 | $0.00 |

Sheet no. _2_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | Subtotals▶ (Totals of this page) | $ 36,500.00 | $ 17,450.00 | 19,050.00 |
|---|---|---|---|---|---|
| | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

DAL 77,548,271v1 6-9-09

In re   Opus South Corporation,                    Case No.    09-11390
_____                   _____
           **Debtor**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet:**
**Wages**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** David C. Cox | | | March 31, 2009 | | | | $964.35 | $964.35 | $0.00 |
| **Account No.** Thomas V. Edwards | | | March 31, 2009 | | | | $3,250.00 | $3,250.00 | $0.00 |
| **Account No.** Jennifer T. Hamvay | | | March 31, 2009 | | | | $3,000.00 | $3,000.00 | $0.00 |
| **Account No.** Mark Hopkins | | | March 31, 2009 | | | | $4,500.00 | $4,500.00 | $0.00 |

Sheet no. _3_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)   $ 11,714.35   $ 11,714.35   0.00

Total▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)   $

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)   $   $

In re    Opus South Corporation,                          Case No.    09-11390
          **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Brian K. Hornsby | | | March 31, 2009 | | | | $5,000.00 | $5,000.00 | $0.00 |
| Account No. <br><br> Williams F. Killgore, Jr. | | | March 31, 2009 | | | | $3,750.00 | $3,750.00 | $0.00 |
| Account No. <br><br> Brian H. Linnihan | | | March 31, 2009 | | | | $50,000.00 | $10,950.00 | $39,050.00 |
| Account No. <br><br> Anthony C. Martin | | | March 31, 2009 | | | | $17,906.50 | $10,950.00 | $6,956.50 |

Sheet no. __4__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤ | $ 76,656.50 | $ 30,650.00 | 46,006.50
(Totals of this page)

Total➤ $
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

Totals➤ | $ | $
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

In re ___Opus South Corporation,___    Case No. ___09-11390___
_____Debtor_____    _____(If known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Daniel P. Miles | | | March 31, 2009 | | | | $4,000.00 | $4,000.00 | $0.00 |
| Account No. <br> Robert W. Morgan | | | March 31, 2009 | | | | $2,500.00 | $2,500.00 | $0.00 |
| Account No. <br> Brain L. Proell | | | March 31, 2009 | | | | $1,500.00 | $1,500.00 | $0.00 |
| Account No. <br> Mark Riehle | | | March 31, 2009 | | | | $1,500.00 | $1,500.00 | $0.00 |

Sheet no. _5_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

| | $ 9,500.00 | $ 9,500.00 | 0.00 |

Total▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

| $ | | |

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | $ | $ |

In re ___Opus South Corporation,___      Case No. ___09-11390___
        **Debtor**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
**Wages**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Stefano Rumore | | | March 31, 2009 | | | | $1,750.00 | $1,750.00 | $0.00 |
| Account No. <br> Ronald L. Ryals | | | March 31, 2009 | | | | $12,180.00 | $10,950.00 | $1,230.00 |
| Account No. <br> Phillip T. Sims | | | March 31, 2009 | | | | $4,000.00 | $4,000.00 | $0.00 |
| Account No. <br> Jason P. Smith | | | March 31, 2009 | | | | $2,000.00 | $2,000.00 | $0.00 |

Sheet no. __6__ of __15__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 19,930.00   $ 18,700.00   1,230.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

In re <u>Opus South Corporation,</u>       Case No. <u>09-11390</u>
       **Debtor**                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Anne Marie Solberg | | | March 31, 2009 | | | | $1,250.00 | $1,250.00 | $0.00 |
| Account No. <br> David E. Strawter, Jr. | | | March 31, 2009 | | | | $2,000.00 | $2,000.00 | $0.00 |
| Account No. <br> Dean Sumner | | | March 31, 2009 | | | | $5,000.00 | $5,000.00 | $0.00 |
| Account No. <br> Kevin B. Whalen | | | March 31, 2009 | | | | $1,250.00 | $1,250.00 | $0.00 |

Sheet no. <u>7</u> of <u>15</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page) | $ 9,500.00 | $ 9,500.00 | 0.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re ___Opus South Corporation,_____     Case No. ___09-11390_____
                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Grant Wood | | | March 31, 2009 | | | | $4,000.00 | $4,000.00 | $0.00 |
| Account No. <br><br> Ross D. Wood | | | March 31, 2009 | | | | $7,500.00 | $7,500.00 | $0.00 |
| Account No. <br><br> Justin J. Perrino | | | March 31, 2009 | | | | $2,000.00 | $2,000.00 | $0.00 |
| Account No. <br><br> Jeremy Prunick | | | March 31, 2009 | | | | $1,250.00 | $1,250.00 | $0.00 |

Sheet no. __8__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals►
(Totals of this page)

| | | |
|---|---|---|
| $ 14,750.00 | $ 14,750.00 | 0.00 |

Total►
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals►
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

In re   Opus South Corporation,                     Case No.   09-11390
             **Debtor**                                         **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Wendell C. Rimes, Jr. | | | March 31, 2009 | | | | $2,000.00 | $2,000.00 | $0.00 |
| Account No. <br><br> Mathew R. Scherer | | | March 31, 2009 | | | | $1,000.00 | $1,000.00 | $0.00 |
| Account No. <br><br> Edward M. Semens | | | March 31, 2009 | | | | $1,024.00 | $1,024.00 | $0.00 |
| Account No. <br><br> Paul D. Spirou | | | March 31, 2009 | | | | $1,500.00 | $1,500.00 | $0.00 |
| Sheet no. _9_ of _15_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $ 5,524.00 | $ 5,524.00 | 0.00 |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

In re  Opus South Corporation,                      Case No.   09-11390
              **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Robert M. Taunton | | | March 31, 2009 | | | | $1,000.00 | $1,000.00 | $0.00 |
| Account No. <br> Gabriel T. Veasey | | | March 31, 2009 | | | | $1,500.00 | $1,500.00 | $0.00 |
| Account No. <br> Patrick A. Wogsland | | | March 31, 2009 | | | | $1,250.00 | $1,250.00 | $0.00 |
| Account No. <br> Hunter C. Barrier | | | ≈ April 15, 2009 | | | | $1,898.52 | $1,898.52 | $0.00 |
| Sheet no. 10 of 15 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $ 5,648.52 | $ 5,648.52 | 0.00 |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

In re __Opus South Corporation,__      Case No. ___09-11390___
           __Debtor__                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br>   Julie Sanchez | | | ≈ April 15, 2009 | | | | $509.67 | $509.67 | $0.00 |
| Account No. <br>   William Moore | | | ≈ April 30, 2009 | | | | $546.95 | $546.95 | $0.00 |
| Account No. <br>   Dimas Pulgar | | | ≈ April 30, 2009 | | | | $1,835.64 | $1,835.64 | $0.00 |
| Account No. <br>   William Valentine | | | March 31, 2009 | | | | $5,000.00 | $5,000.00 | $0.00 |

Sheet no. __11__ of __15__ continuation sheets attached to Schedule of Creditors Holding Priority Claims     Subtotals➤ (Totals of this page)    $ 7,892.26    $ 7,892.26    0.00

Total➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

In re   Opus South Corporation,                              Case No.    09-11390
_____                        _____
           **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Deborah Leighton | | | March 31, 2009 | | | | $5,000.00 | $5,000.00 | $0.00 |
| Account No. <br> Lakela L. Thomas | | | March 31, 2009 | | | | $2,915.63 | $2,915.63 | $0.00 |
| Account No. <br> Linda Podlaski | | | March 31, 2009 | | | | $4,000.00 | $4,000.00 | $0.00 |
| Account No. <br> Gail Lewin | | | March 31, 2009 | | | | $7,167.50 | $7,167.50 | $0.00 |

Sheet no. __12__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)
$ 19,083.13   |   $ 19,083.13   |   0.00

Total➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)
$           |   $

In re __Opus South Corporation,__      Case No. ___09-11390___
                 Debtor                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sara Sneen | | | March 31, 2009 | | | | $6,727.50 | $6,727.50 | $0.00 |
| Account No. <br><br> Piper Wehrle | | | March 31, 2009 | | | | $14,386.00 | $10,950.00 | $3,436.00 |
| Account No. <br><br> Michael L. Dolan | | | March 31, 2009 | | | | $1,000.00 | $1,000.00 | $0.00 |
| Account No. <br><br> Tim McEachen | | | March 31, 2009 | | | | $15,000.00 | $10,950.00 | $4,050.00 |

Sheet no. __13__ of __15__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 37,113.50    $ 29,627.50    7,486

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

In re   <u>Opus South Corporation,</u>            Case No.   <u>09-11390</u>
             **Debtor**                                       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
Wages

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tyler Lohmiller | | | March 31, 2009 | | | | $1,250.00 | $1,250.00 | $0.00 |
| Account No. <br><br> Richard Gigliatti | | | March 31, 2009 | | | | $2,944.24 | $2,944.24 | $0.00 |
| Account No. <br><br> John Fisher | | | March 31, 2009 | | | | $1,000.00 | $1,000.00 | $0.00 |
| Account No. <br><br> Jerry D. Dove, II | | | March 31, 2009 | | | | $1,250.00 | $1,250.00 | $0.00 |

Sheet no. <u>14</u> of <u>15</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ 6,444.24 | $ 6,444.24 | 0.00 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals▶ (Use only on last page of the completed Schedule E. if applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re   Opus South Corporation,                    Case No.   09-11390
————————————————————           ——————————————
              **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:
**Wages**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Chard Lubke | | | March 31, 2009 | | | | $1,250.00 | $1,250.00 | $0.00 |
| Account No. Scoot P. Martin | | | March 31, 2009 | | | | $1,500.00 | $1,500.00 | $0.00 |
| Account No. William C. Millsap | | | March 31, 2009 | | | | $31,875.00 | $10,950.00 | $20,925.00 |
| Account No. William Jeffrey Moore | | | March 31, 2009 | | | | $1,000.00 | $1,000.00 | $0.00 |

Sheet no. __15__ of __15__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ 35,625.00 | $ 14,700.00 | 20,925.00 |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 295,884.54 | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 201,187.04 | $ 94,697.50 |