# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPUS SOUTH CORPORATION, et al.,[1] | Case No. 09-11390 (MFW) |
| Debtors. | Jointly Administered |

## *AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 9, 2009 AT 10:30 A.M.[2]
### Location: 5th Floor, Courtroom No. 4

## MATTERS GOING FORWARD:

1. Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement and Solicit Acceptances Thereof [Docket No. 543, Filed August 20, 2009]

    Objection Deadline: September 2, 2009 at 4:00 p.m.

    Related Documents: None.

    Response(s) Received: None.

    Status: No responses were received to the Motion. The Debtors intend to submit a revised form of order at the hearing.

2. Motion of Certain Debtors for an Order Authorizing the Debtors to Enter Into a Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedures [Docket No. 556, Filed August 24, 2009]

    Objection Deadline: September 8, 2009 at 12:00 p.m.

    Related Documents:
    A. Order on Motion for an Order Shortening the Notice and Scheduling Expedited Hearing on Debtors' Motion for an Order Authorizing the Debtors to Enter into a Settlement Agreement [Docket No. 563, Filed August 25, 2009]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Opus South Corporation (4928); Opus South Contractors, L.L.C. (1657); Altaire Village, L.L.C. (8521); Clearwater Bluff, L.L.C. (1608); Calm Waters, L.L.C. (7875); Waters Edge One, L.L.C. (3936); Laguna Riviera Ventures, L.L.C. (7950); 400 Beach Drive, L.L.C. (0489); Shoppes of Four Corners, L.L.C. (7932); and 8th & 14th, L.L.C. (0119). The Debtors' mailing address is 10350 Bren Road W, Minnetonka, MN 55343.

[2] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

*DEL 86,264,785v19 9-8-09*

B.  Notice of Exhibit **(Form of Asset Purchase Agreement)** [Docket No. 599, Filed September 4, 2009]

C.  **Notice of Exhibit (Form of Litigation Trust Agreement) [Docket No. 604, Filed September 8, 2009]**

Response(s) Received:

A.  **Limited Objection of Merit Professional Coatings, Inc., to Motion of Certain Debtors for an Order Authorizing the Debtors to Enter into a Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedures [Docket No. 603, Filed September 8, 2009]**

Status: This matter will be going forward.

3.  Motion of Waters Edge One, L.L.C. Requesting Entry of Interim and Final Orders Authorizing Borrowing with Priority Over Administrative Expenses and Secured by Liens on Property of the Estates Pursuant to Section 364(c) and (d) of the Bankruptcy Code and Scheduling of a Final Hearing on Requested Final Relief [Docket No. 557, Filed August 24, 2009]

    Objection Deadline:  September 8, 2009 at 12:00 p.m.

    Related Documents:

    A.  Interim Order (I) Authorizing Waters Edge One, L.L.C. to Obtain Postpetition Financing and Scheduling a Final Hearing, and (II) Granting Related Relief [Docket No. 574, Filed August 27, 2009]

    B.  Notice of Exhibit **(Form of Asset Purchase Agreement)** [Docket No. 599, Filed September 4, 2009]

    C.  **Notice of Exhibit (Form of Litigation Trust Agreement) [Docket No. 604, Filed September 8, 2009]**

    Response(s) Received: None at this time.

    Status: This matter will be going forward with respect to the final relief requested in the Motion.

## ADDITIONAL MATTER:

4. ***Regarding Approval of the Bidding Procedures for Sale of Real Property of Opus South Corporation in Greensboro, N.C.:*** Emergency Motion For Orders (1) Approving Sale of Certain Assets of the Debtors Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (2) Authorizing the Assumption, Assignment, and Sale of Certain Executory Contracts and Unexpired Leases, (3) Authorizing Surcharge Pursuant to 11 U.S.C. § 506(c), (4) Approving Bidding Procedures In Advance of an Auction, and (5) Granting Related Relief [Docket No. 10, Filed April 22, 2009]

    **Objection Deadline: At the hearing.**

    **Related Documents:**

    A. Notice of Filing Proposed Bid Procedures Order for Sale of Real Property of Opus South Corporation in Greensboro, N.C. [Docket No. 605, Filed September 8, 2009]

    **Status:** The Debtors are requesting that this matter go forward.

Dated: September 8, 2009

GREENBERG TRAURIG, LLP

By: /s/ Victoria W. Counihan
Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
   selzers@gtlaw.com

-and-

Bryan L. Elwood
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: elwoodb@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: Via Facsimile
Jane Leamy, Esq.

Ellen W. Slights
Michael Berman
Alan Maza, Esq.
Secretary of Treasury
Division of Corporations-Franchise Tax
District Director-Insolvency
William E. Chipman, Jr., Esq.(Special Conflicts Counsel)
John Titler, Esq.
James C. Wine, Esq.(Counsel for Transamerica/Aegon)
Regina Stango Kelbon, Esq.(Counsel for PNC)
Bonnie Glantz Fatell, Esq./Samuel Becker, Esq./Jason Staib, Esq. (Counsel for National City/PNC)
Robert N. Gilbert, Esq.(Counsel for National City/PNC)
Stuart M. Brown, Esq.(Counsel for Bank of America)
David E. Woods, Esq.(Counsel for Bank of America)
400 Beach Drive Condominium Association(Top 40 Creditor)
AL Grading Contractors Inc.   (Top 40 Creditor)
Alabama Power(Top 40 Creditor)
AmSouth Bank(Top 40 Creditor)
Anning-Johnson Company   (Top 40 Creditor)
Baker Paint and Contracting Co.(Top 40 Creditor)
Blume Mechanical LLC(Top 40 Creditor)
Century Fire Protection Inc.(Top 40 Creditor)
Colliers Arnold(Top 40 Creditor)
Columbia Precast LLC(Top 40 Creditor)
Diversified Concrete Service Inc.(Top 40 Creditor)
Dixie Roof Decks Inc.   (Top 40 Creditor)
Energy Air Inc.(Top 40 Creditor)
Fluid Interiors   (Top 40 Creditor)
Goodwin Bros. Construction   (Top 40 Creditor)
Hauesler Marvin Interiors, Inc.(Top 40 Creditor)
Henry Sign Systems   (Top 40 Creditor)
Jim Luca Electric Inc.   (Top 40 Creditor)
King Steel, Inc.(Top 40 Creditor)
KPMG LLP   (Top 40 Creditor)
Laguna at Riviera Dunes IV Condominium Association Inc.(Top 40 Creditor)
Merit Professional Coatings, Inc.(Top 40 Creditor)
Morgan & Burt Electric(Top 40 Creditor)
National City Bank   (Top 40 Creditor)
Plateau Excavating   (Top 40 Creditor)
Ramcon LLC   (Top 40 Creditor)
RC Aluminum Industries(Top 40 Creditor)
Ruppert Nurseries Inc.   (Top 40 Creditor)
Shumate Mechanical LLC(Top 40 Creditor)
Shutts & Bowen LLP   (Top 40 Creditor)
Sunbelt Glass & Aluminum Inc.(Top 40 Creditor)
Sunray Landscaping Inc.(Top 40 Creditor)
Superior Steel, Inc.   (Top 40 Creditor)
Tampa Amalgamated Steel Corp.(Top 40 Creditor)
The Sports Authority   (Top 40 Creditor)
Wachovia Bank, NA   (Top 40 Creditor)
Bank of America
M&I Marshall and Ilsley Bank
Mercantile Bank
Regions Bank

Transamerica Occidental Life Insurance Company
Wilmington Trust
Peter A. Cal, Esq.(Counsel for TSA Stores, Inc.)
William P. Bowden, Esq./Amanda M. Winfree, Esq.(Counsel for TSA Stores, Inc.)
Lloyd Randolph, Esq./Neil Peretz, Esq.(US Dept of Justice - Civil Division)
Tobey Daluz, Esq./Leslie Heilman, Esq.(Counsel for Ross Dress for Less)
David Pollack, Esq./Jeffrey Meyers, Esq.(Counsel for Ross Dress for Less)
Matt Henry/Greg Golz (Chatham Financial)
David E. Woods, Esq. (Counsel for Wachovia)
David Kuney, Esq.(Counsel for Wachovia)
Alex Rovira, Esq. (Counsel for Wachovia)
Steven Kortanek, Esq./Thomas Horan, Esq. (Counsel for Wachovia)
William Hazeltine, Esq. (Counsel to Transamerica Life Ins)
Rob Kubat, Esq. (Counsel to Transamerica Life Ins)
Jeremy Ryan, Esq./R. Stephen McNeill, Esq.(Counsel to Mercantile)
John A. Anthony, Esq./Stephenie Biernacki, Esq.(Counsel to Mercantile)
Peter Shapiro, Esq.
Kathleen Miller, Esq. (Counsel to ODP Nashville Parties)
Matthew Swanson, Esq. (Counsel to ODP Nashville Parties)
Philip J. Siegel, Esq.(Counsel to Century Fire Protection)
Mary Caloway, Esq.(Counsel to Merit Prof Coatings)
Alfred Colby, Esq.(Counsel to Merit Prof Coatings)
James Landon, Esq.(Counsel to Laguna Rivera I & II Homeowners Assn)
Heather Dawson, Esq.(Counsel to Southern Door)
Lynne Ventry, Esq.(Counsel to Zicaro's)
Hollie Hawn, Esq./Jeffrey Newton, Esq. (Broward County Revenue)
David Whitridge, Esq.(Counsel to Superior Steel)
Ramesh Singh (Recovery Management)
Jeffrey Baughman, Esq. (Counsel to Cutting Edge)
Kathleen Miller, Esq. (400 Beach Dr Condo Assn)
Shirley Arcuri, Esq. (400 Beach Dr Condo Assn)
Gian Claudio Finizio, Esq.(Counsel to Dunson)
Robert V. Williams, Esq./William J. Schifino, Jr., Esq.(Ruden McClosky & Mark Grant)
Kevin G. Flynn, Esq. (Lloyd's of London, Ensurer)
Charles B. Rogers, Esq./Kevin M. Decker, Esq./Jason Asmus, Esq. (Water's Edge One, L.L.C.)
James A. Edwards, Esq./Damien Orato, Esq.(Water's Edge One, L.L.C.)

Via Electronic Mail:
Frederick Rosner, Esq. (Goodwin Bros.)