# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> OPUS SOUTH CORPORATION, *et al.* <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-11390 (MFW) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Re Docket No. 820** |

### NOTICE OF FILING OF FIRST AMENDED DISCLOSURE STATEMENT FOR WACHOVIA BANK, NATIONAL ASSOCIATION, AGENT'S PLAN OF LIQUIDATION FOR WATERS EDGE ONE, L.L.C. PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

PLEASE TAKE NOTICE that attached hereto as Exhibit "1" is the First Amended Disclosure Statement for Wachovia Bank, National Association, Agent's Plan of Liquidation for Waters Edge One, L.L.C. Pursuant to Chapter 11 of the United States Bankruptcy Code (the "First Amended Disclosure Statement"). Wachovia Bank, National Association, Agent's First Amended Plan of Liquidation for Waters Edge One, L.L.C. Pursuant to Chapter 11 of the United States Bankruptcy Code (the "First Amended Plan") is attached to the First Amended Disclosure Statement as Exhibit A thereto. Attached hereto as Exhibit "2" is a redline showing the changes from the (i) Disclosure Statement for Lenders' Plan of Liquidation for Waters Edge One, L.L.C. Pursuant to Chapter 11 of the United States Bankruptcy Code and (ii) Lenders' Plan of Liquidation for Waters Edge One, L.L.C. Pursuant to Chapter 11 of the United States Bankruptcy Code, filed with this Court on November 30, 2009 [Docket No. 820].

Dated: December 31, 2009
Wilmington, Delaware

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

*/s/ Thomas M. Horan*
Steven K. Kortanek (Del. Bar No. 3106)
Thomas M. Horan (Del. Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com

-and-

**SIDLEY AUSTIN LLP**
David R. Kuney (SBN 228734)
1501 K. St. N.W.
Washington, D.C. 20005
Telephone: (202) 736-8650
Facsimile: (202) 736-8711
E-mail: dkuney@sidley.com

Bridget J. Hauserman
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-8608
Facsimile: (212) 839-5599
E-mail: bhauserman@sidley.com

*Attorneys for Wachovia Bank, National Association*