# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPUS SOUTH CORPORATION, et al.,[1] | Case No. 09-11390 (MFW) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 844 |

## ORDER GRANTING MOTION OF OPUS SOUTH CORPORATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY OPUS SOUTH CORPORATION MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion")[2] filed by Opus South Corporation (the "Moving Debtor"), one of the above-captioned debtors and debtors-in-possession, for entry of an order, pursuant to Section 1121(d) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Moving Debtor to (a) extend the period during which the Moving Debtor has the exclusive right to file a Chapter 11 plan (the "Exclusive Filing Period") by ninety (90) days through and including March 18, 2010, and (b) extend the period during which the Moving Debtor has the exclusive right to solicit acceptances thereof (the "Exclusive Solicitation Period") through and including May 17, 2010, or 60 days after the expiration of the Exclusive Filing Period, as extended; and the Court having reviewed the Motion and heard the statements of counsel in support of the relief requested in the Motion at the hearing thereon (the "Hearing"); and the Court having determined that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this matter is core pursuant to 28 U.S.C. § 157(b)(2), and notice of the Motion and the Hearing was sufficient under the circumstances and that no further notice

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Opus South Corporation (4928); Clearwater Bluff, L.L.C. (1608); Waters Edge One, L.L.C. (3936); and 400 Beach Drive, L.L.C. (0489). The mailing address for each debtor is 10350 Bren Road W, Minnetonka, Minnesota 55343.

[2] Capitalized terms used and not otherwise defined herein shall have the meaning given to them in the Motion.

need be given; and the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period for the Moving Debtor is extended by ninety (90) days through and including March 18, 2009.

3. The Exclusive Solicitation Period for the Moving Debtor is extended through and including May 17, 2010, or 60 days after the expiration of the Exclusive Filing Period, as extended.

4. This Order shall be without prejudice to the Moving Debtor's rights to seek a further extension of the Exclusive Filing Period and/or the Exclusive Solicitation Period and without prejudice to any party's right to object to any such request for a further extension.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: January 4, 2010

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE