# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPUS SOUTH CORPORATION, et al., | Case No. 09-11390 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF (A) OBJECTION AND VOTING DEADLINES, (B) SOLICITATION AND VOTING PROCEDURES, (C) HEARING TO CONFIRM THE DEBTOR'S PLAN OF REORGANIZATION AND (D) CERTAIN OTHER INFORMATION

PLEASE TAKE NOTICE OF THE FOLLOWING:

On January 4, 2010, United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order Approving the Disclosure Statement and (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Lenders' Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code Including (A) Fixing the Voting Record Date, (B) Approving Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving Forms of Ballots and Establishing Procedures for Voting on the Plan; (II) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of the Plan; and (III) Granting Related Relief* (the "Solicitation Order"). By the Solicitation Order, the Bankruptcy Court approved the *Disclosure Statement for Lenders' Plan of Liquidation for Waters Edge One, L.L.C. Pursuant to Chapter 11 of the United States Bankruptcy Code* (as may be amended from time to time, the "Disclosure Statement") for the *Lenders' Plan of Liquidation for Waters Edge One, L.L.C. Pursuant to Chapter 11 of the United States Bankruptcy Code* (as may be amended from time to time, the "Plan"), as containing adequate information, as required under section 1125(a) of title 11 of the United States Code. Pursuant to the Solicitation Order, the Bankruptcy Court also authorized the Lenders to solicit acceptances of the Plan.

The Plan, the Disclosure Statement, the Solicitation Order, and all other relevant materials may be obtained by accessing the Court's website at http://www.deb.uscourts.gov/ or contacting Womble Carlyle Sandridge & Rice, PLLC, the Lenders' claims and voting agent (the "Claims and Voting Agent"), writing to Waters Edge One, L.L.C. Plan Voting, Attn: Ms. Pamela J. Groff, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Ave., Suite 1501, Wilmington, DE 19801; or by email at PGroff@wcsr.com. If you have any questions regarding the status of your Claim(s), please contact the Claims and Voting Agent at the aforementioned mailing address or email address.

A hearing to confirm the Plan (the "Confirmation Hearing") will commence on **February 17, 2010 at 11:30 a.m. (Eastern Standard Time)** before The Honorable Mary F. Walrath at the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801. The

Confirmation Hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties-in-interest.

The Bankruptcy Court has established **February 1, 2010 at 4:00 p.m. (Eastern Standard Time)** as the last date and time for filing and serving objections to the confirmation of the Plan (the "Plan Objection Deadline"). Objections to the confirmation of the Plan (each a "Plan Objection") must: (i) be made in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Practice and Procedure of the Bankruptcy Court; (iii) state the name and address of the objecting party and the nature and amount of the claim or interest of such party; (iv) state with particularity the legal and factual basis and nature of any objection to the Plan and, if practicable, provide a proposed modification to the Plan that would resolve such objection; and (v) be filed with the Bankruptcy Court, together with proof of service, and served so that they are received on or before the Plan Objection Deadline by the following parties: (i) counsel for the Lenders: Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801 (Attn: Steven K. Kortanek and Thomas M. Horan); Sidley Austin LLP, 1501 K Street N.W., Washington, DC 20005 (Attn: David R. Kuney and Hauserman); (ii) counsel for the Debtor: Greenberg Traurig, LLP, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Victoria W. Counihan); and (iii) the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox #35, Wilmington, DE 19899-0035 (Attn: Jane M. Leamy, Esq.). Plan Objections not timely filed and served shall be overruled and not considered.

**VOTING RECORD DATE. December 30, 2009** is the record date for purposes of determining which parties are entitled to vote on the Plan.

**VOTING DEADLINE. February 10, 2010 at 4:00 p.m. (Eastern Standard Time)** is the voting deadline ("Voting Deadline"). All ballots must be received by the Claims and Voting Agent by the Voting Deadline.

**TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES.** If, for purposes of voting on the Plan, (a) any party wishes to have its claim allowed in a manner that is inconsistent with the ballot it received; or (b) any party that did not receive a ballot wishes to have its claim temporarily allowed for voting purposes only, such party must serve on the Lenders and file with the Bankruptcy Court, on or before the later of (i) fifteen (15) days after service of this notice or (ii) fifteen (15) days after the date of service of notice of objection on such party to any of such party's underlying claims, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such claim for the purposes of voting (a "3018 Motion"). A 3018 Motion must set forth with particularity the amount and classification such party believes its claim should be allowed for voting purposes, and supporting evidence. The Bankruptcy Court will hold a hearing to consider all timely-filed 3018 Motions prior to the Voting Deadline.

**RELEASE, EXCULPATION AND INJUNCTION LANGUAGE IN THE PLAN.** PLEASE BE ADVISED THAT THE PLAN CONTAINS CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER SUCH PROVISIONS AS SUCH PROVISIONS MIGHT AFFECT YOUR RIGHTS.

Dated: January 7, 2010
     Wilmington, Delaware

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

*/s/ Thomas M. Horan*

Steven K. Kortanek (Del. Bar No. 3106)
Thomas M. Horan (Del. Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com

-and-

**SIDLEY AUSTIN LLP**
David R. Kuney (SBN 228734)
1501 K. St. N.W.
Washington, D.C. 20005
Telephone: (202) 736-8650
Facsimile: (202) 736-8711
E-mail: dkuney@sidley.com

Bridget J. Hauserman
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-8608
Facsimile: (212) 839-5599
E-mail: bhauserman@sidley.com

*Attorneys for Wachovia Bank, National Association, as Administrative Agent for Regions Banks, Bank of America, as successor to LaSalle Bank, National Association, and PNC Bank, National Association, as successor to National City Bank*