# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | Opus South Corporation, a Florida corporation | | |
| **Case Number:** | 09-11390-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 17, 2010 11:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

**1)** Confirmation
   **R / M #:**   0 / 0

**2)** Omnibus
   **R / M #:**   948 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Item 1 - Order due under Certification of Counsel