# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPUS SOUTH CORPORATION, et al.,[1] | Case No. 09-11390 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: February 24, 2010 at 4:00 p.m. |

## NOTICE OF PROPOSED SALE OF CERTAIN MISCELLANEOUS ASSETS

PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed that certain Motion of the Debtors for Entry of an Order Establishing Procedures Governing the Sale of *De Minimis* and Miscellaneous Assets dated as of May 27, 2009 (the "Miscellaneous Sale Procedure Motion") [Docket No. 206]. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Miscellaneous Sale Procedure Motion and certain procedures as modified by entry of that certain Order dated as of June 26, 2009 (the "Miscellaneous Sale Procedures Order") [Docket No. 343]. A copy of the Miscellaneous Sale Procedures Order is attached as Exhibit A hereto.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Miscellaneous Sale Procedure Order, the Debtors propose to sell the miscellaneous assets set forth on Exhibit B attached hereto (the "Proposed Sale").

IF YOU ARE A PARTY HOLDING A LIEN, CLAIM, ENCUMBRANCE OR OTHER INTEREST IN SUCH ASSETS, THIS PROCESS MAY AFFECT YOUR RIGHTS AND REQUIRES YOUR IMMEDIATE ATTENTION.

PLEASE TAKE FURTHER NOTICE that any objections to the Proposed Sale must: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of Bankruptcy Practice and Procedure of the Bankruptcy Court (the "Local Rules"); (c) state with specificity the grounds for such objection; and (d) be served via overnight delivery, facsimile or electronic mail within five (5) business days following service of this sale notice on (i) the Office of the United States Trustee, (ii) counsel to the Debtors' pre-petition secured lenders; (iii) counsel to the Debtors' post-petition secured lenders; (iv) the Debtors' consolidated forty (40) largest unsecured creditors as set forth in the list filed with the Debtors' petitions, and (v) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE THAT if an objection to the Proposed Sale is properly filed and served, (a) the objection will be deemed to be a request for a hearing on the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Opus South Corporation (4928) and Waters Edge One, L.L.C. (3936). The Debtors' mailing address is 10350 Bren Road W, Minnetonka, MN 55343.

Proposed Sale at the next scheduled omnibus hearing in these cases that is at least ten (10) days after service of the objection and (b) the Proposed Sale may not proceed absent written withdrawal of the objection or entry of a Court order specifically approving the Proposed Sale.

PLEASE TAKE FURTHER NOTICE THAT if no objection is properly and timely filed and served, then the Debtors shall submit to the Court (a) a certificate of no objection stating that the objection deadline has passed and no objections to the Proposed Sale have been received by the Debtors and (b) a proposed form of Order approving the Proposed Sale of the assets set forth in this sale notice. The Proposed Sale shall not be consummated by the Debtors until an order is entered by the Court approving the Proposed Sale.

PLEASE TAKE FURTHER NOTICE THAT the assets in the Proposed Sale are being sold "AS IS, WHERE IS," without any representations or warranties from the Debtors as to the quality or fitness of such assets for either their intended or any other purpose; provided that, pursuant to Section 363(f) of the Bankruptcy Code, any purchaser will take title to the assets free and clear of all liens, claims, encumbrances and other interests, with all such liens, claims, encumbrances and other interests, if any, to attach to the proceeds of the sale of the assets.

Dated: February 17, 2010

GREENBERG TRAURIG, LLP

Victoria W. Counihan (DE Bar No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com

-and-

Bryan L. Elwood
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: elwoodb@gtlaw.com

Counsel for the Debtors and
Debtors-in-Possession