# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPUS SOUTH CORPORATION, et al., | Case No. 09-11390 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 820, 852, 870, 877, and 891** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED FORM OF FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING WACHOVIA BANK, NATIONAL ASSOCIATION, AGENT'S FIRST AMENDED PLAN OF LIQUIDATION FOR WATERS EDGE ONE, L.L.C. PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE, AS MODIFIED**

The undersigned counsel to Wachovia Bank, National Association, in its capacity as administrative agent for itself and the other Lenders (as defined herein) in the chapter 11 case of Waters Edge One, L.L.C. hereby certifies that attached hereto as Exhibit 1 is the proposed form of *Findings of Fact, Conclusions of Law and Order Confirming Wachovia Bank, National Association, Agent's First Amended Plan of Liquidation for Waters Edge One, L.L.C. Pursuant to Chapter 11 of the United States Bankruptcy Code, As Modified* (the "Confirmation Order").

The proposed Confirmation Order has been amended to reflect the ruling of the Court at the February 17, 2010 hearing to consider the Agent's request for entry of the Confirmation Order. The undersigned counsel presented the Confirmation Order to counsel for the United States Trustee for review. The Office of the United States Trustee has agreed to the form of the Confirmation Order. Attached hereto as Exhibit 2 is a blackline showing the revisions to the Confirmation Order.

The undersigned respectfully requests that the Court enter the Confirmation order without further notice or hearing.

| | |
|---|---|
| Dated: February 17, 2010<br>Wilmington, Delaware | **WOMBLE CARLYLE SANDRIDGE<br>& RICE, PLLC**<br><br>/s/ Thomas M. Horan<br>Steven K. Kortanek (Del. Bar No. 3106)<br>Thomas M. Horan (Del. Bar No. 4641)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>E-mail: skortanek@wcsr.com<br>E-mail: thoran@wcsr.com<br><br>-and-<br><br>**SIDLEY AUSTIN LLP**<br>David R. Kuney (SBN 228734)<br>1501 K. St. N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8650<br>Facsimile: (202) 736-8711<br>E-mail: dkuney@sidley.com<br><br>Bridget J. Hauserman<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-8608<br>Facsimile: (212) 839-5599<br>E-mail: bhauserman@sidley.com<br><br>*Attorneys for Wachovia Bank, National Association, as Administrative Agent for Regions Banks, Bank of America, as successor to LaSalle Bank, National Association, and PNC Bank, National Association, as successor to National City Bank* |