**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| In re: | OPUS SOUTH CORPORATION, A FLORIDA C | § § § | Case No. 09-11390-MFW |
| Debtor | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>JEOFFREY L. BURTCH, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE  19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 02:00PM on 06/26/2019 in Courtroom 4, United States Courthouse Courthouse, 824 Market Street, 5th Floor, Wilmington, DE  19801.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  <u>05/16/2019</u>        By:    <u>/s/JEOFFREY L. BURTCH, TRUSTEE</u>
                                                          Trustee

JEOFFREY L. BURTCH, TRUSTEE
P.O. BOX 549
WILMINGTON, DE  19899-0549
(302) 472-7427

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: OPUS SOUTH CORPORATION, A FLORIDA C    § Case No. 09-11390-MFW
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 1,126,348.02 |
| *and approved disbursements of* | $ 559,745.75 |
| *leaving a balance on hand of* [1] | $ 566,602.27 |
| **Balance on hand:** | $ 566,602.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | QUALITY CONCRETE OF ATLANTA INC | 68,287.31 | 0.00 | 0.00 | 0.00 |
| 15 | TAX COLLECTOR, PINELLAS COUNTY | 107.93 | 0.00 | 0.00 | 0.00 |
| 16 | BROWARD COUNTY REVENUE COLLECTOR | 380.74 | 0.00 | 0.00 | 0.00 |
| 66 | GOODWIN BROS. CONSTRUCTION, INC. | 651,661.36 | 0.00 | 0.00 | 0.00 |
| 67 | TAX COLLECTOR, PINELLAS COUNTY | 73,628.62 | 0.00 | 0.00 | 0.00 |
| 70S | SHUMATE MECHANICAL LLC | 179,043.30 | 0.00 | 0.00 | 0.00 |
| 96S | ALL-PRO ROOFING & CONSTRUCTION, INC. | 26,193.23 | 0.00 | 0.00 | 0.00 |
| 99 | DOUG BELDEN, HILLSBOROUGH CO TAX COLL | 4,843.21 | 0.00 | 0.00 | 0.00 |
| 100 | TAX COLLECTOR, PINELLAS COUNTY | 403,260.17 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|     |                                    |            |      |      |      |
|-----|------------------------------------|-----------:|-----:|-----:|-----:|
| 101 | TAX COLLECTOR, PINELLAS COUNTY     | 153,847.44 | 0.00 | 0.00 | 0.00 |
| 142 | INTEGRATED SYSTEMS OF FLORIDA INC  |  24,999.82 | 0.00 | 0.00 | 0.00 |
| 181 | CURB-TECH, INC.                    |  77,263.09 | 0.00 | 0.00 | 0.00 |
| 208 | CURB-TECH, INC.                    |  77,263.09 | 0.00 | 0.00 | 0.00 |
| 235 | Archive America                    |   8,510.84 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $             0.00
Remaining balance:  $       566,602.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JEOFFREY L. BURTCH, TRUSTEE | 57,040.44 | 0.00 | 57,040.44 |
| Trustee, Expenses - JEOFFREY L. BURTCH, TRUSTEE | 333.49 | 0.00 | 333.49 |
| Attorney for Trustee, Fees - COOCH AND TAYLOR, P.A. | 310,918.50 | 310,918.50 | 0.00 |
| Attorney for Trustee, Expenses - COOCH AND TAYLOR, P.A. | 8,496.79 | 8,496.79 | 0.00 |
| Accountant for Trustee, Fees - BEDERSON, LLP | 4,000.00 | 0.00 | 4,000.00 |
| Charges, U.S. Bankruptcy Court | 13,500.00 | 0.00 | 13,500.00 |
| Other Fees: SMITH KATZENSTEIN JENKINS LLP | 1,351.62 | 1,351.62 | 0.00 |
| Other Expenses: ARCHIVE AMERICA | 11,763.44 | 11,763.44 | 0.00 |
| Attorney for Trustee Fees - LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 69,977.00 | 69,977.00 | 0.00 |
| Attorney for Trustee Expenses - LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 5,123.78 | 5,123.78 | 0.00 |
| Other Expenses: BLUE MARBLE LOGISTICS, LLC | 12.93 | 12.93 | 0.00 |
| Other Expenses: COOCH AND TAYLOR, P.A. | 648.00 | 648.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES LTD. | 4,581.42 | 4,581.42 | 0.00 |
| Other Expenses: IRON MOUNTAIN | 12,762.03 | 12,762.03 | 0.00 |
| Other Expenses: LLK, LLC | 12.55 | 12.55 | 0.00 |
| Other Expenses: OPUS HOLDING, LLC | 4,250.00 | 4,250.00 | 0.00 |
| Other Expenses: SMITH KATZENSTEIN JENKINS LLP | 8.00 | 8.00 | 0.00 |
| Other Expenses: STEVENS & STEVENS BRM, INC. | 7,343.85 | 7,343.85 | 0.00 |
| Other Expenses: THE PRIVATE BANK | 419.85 | 419.85 | 0.00 |
| Other Expenses: VITAL RECORDS CONTROL OF FL | 7,579.87 | 7,579.87 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 74,873.93 |
| Remaining balance: | $ 491,728.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee Fees - LANDIS RATH & COBB, LLP | 3,862.90 | 3,862.90 | 0.00 |
| Other Expenses: ARCHIVE AMERICA | 5,097.56 | 0.00 | 5,097.56 |
| Other Expenses: ARLENE RAMPULLA | 0.00 | 0.00 | 0.00 |
| Other Expenses: BEN F PERRY CO., INC. | 0.00 | 0.00 | 0.00 |
| Other Expenses: COMMISSINOER OF REV OF STATE OF TN | 1,571.61 | 0.00 | 1,571.61 |
| Other Expenses: DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 |
| Other Expenses: Department of the Treasury (ADMINISTRATIVE) | 7,274.71 | 0.00 | 7,274.71 |
| Other Expenses: HOWARD ZOROMSKY | 0.00 | 0.00 | 0.00 |
| Other Expenses: MARATHON EQUIPMENT CO. | 0.00 | 0.00 | 0.00 |
| Other Expenses: TEACHERS INSURANCE AND ANNUITY ASSOC | 9,397.13 | 0.00 | 9,397.13 |
| Other Expenses: VANGAURD OF FLORIDA, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: WINDOW WORX LLC | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 23,341.01 |
| Remaining balance: | $ 468,387.33 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $549,911.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | INTERNAL REVENUE SERVICE | 3,871.73 | 0.00 | 2,093.92 |
|  | INTERNAL REVENUE SERVICE | 905.50 | 0.00 | 489.71 |
|  | INTERNAL REVENUE SERVICE | 2,683.87 | 0.00 | 1,451.49 |
| 14 | FULTON COUNTRY TAX COMMISSIONER | 0.00 | 0.00 | 0.00 |
| 18P | WATER RESOURCE ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 |
| 19 | JULIE L SANCHEZ | 509.67 | 0.00 | 509.67 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 45 | DAN P. MILES | 4,000.00 | 0.00 | 4,000.00 |
| 55P | STATE OF FLORIDA - DEPT OF REV | 0.00 | 0.00 | 0.00 |
| 95 | JENSEN FAMILY TRUST | 0.00 | 0.00 | 0.00 |
| 102 | FULTON COUNTY TAX COMMISSIONER | 7,832.64 | 0.00 | 4,236.05 |
| 113P | THE SHOPPING CENTER GROUP LLC | 0.00 | 0.00 | 0.00 |
| 116 | BRIAN KEITH HORNSBY | 5,000.00 | 0.00 | 5,000.00 |
| 118 | DOUG BELDEN, HILLSBOROUGH CO TAX COLL | 5,643.72 | 0.00 | 3,052.24 |
| 120 | JANET HOLLEY - ESCAMBIA COUNTY TAX COLL | 815.52 | 0.00 | 441.05 |
| 123P | STATE OF FLORIDA - DEPT OF REV | 1,339.88 | 0.00 | 724.63 |
| 124 | BETH ANN WAHL | 221.43 | 0.00 | 221.43 |
| 127 | PNC BANK, N.A. | 0.00 | 0.00 | 0.00 |
| 129 | GEORGIA DEPT OF REVENUE | 151,900.00 | 0.00 | 82,150.61 |
| 132 | TENNESSEE DEPARTMENT OF REVENUE | 688.80 | 0.00 | 372.52 |
| 145 | ARLENE RAMPULLA | 0.00 | 0.00 | 0.00 |
| 158P | DOBBINS, MARILYN A | 10,950.00 | 0.00 | 10,950.00 |
| 175 | HOWARD ZOROMSKY | 0.00 | 0.00 | 0.00 |
| 184P | OPUS CORPORATION | 301,994.37 | 0.00 | 301,994.37 |
| 189P | HOWARD ZOROMSKY | 0.00 | 0.00 | 0.00 |
| 200 | MARTIN L MCFARLAND | 8,916.14 | 0.00 | 8,916.14 |
| 207P | DAN F NICOL | 10,950.00 | 0.00 | 10,950.00 |
| 209 | Delaware Claims Agency,LLC | 7,467.66 | 0.00 | 7,467.66 |
| 211P | Tennessee Department of Revenue | 459.20 | 0.00 | 459.20 |
| 212 | Wilbur E. Hooks, director | 940.96 | 0.00 | 508.89 |
| 219 | Daniel P. Miles | 0.00 | 0.00 | 0.00 |
| 230 | Escambia County Tax Collector | 920.37 | 0.00 | 497.75 |
| 232P | Grant F. Wood | 10,950.00 | 0.00 | 10,950.00 |
| 233 | Howard J. Zoromsky | 0.00 | 0.00 | 0.00 |
| 234P | Kevin B. Polston | 10,950.00 | 0.00 | 10,950.00 |

|                 |                   | Total to be paid for priority claims: | $ 468,387.33 |
|                 |                   | Remaining balance:                    | $ 0.00       |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,848,639.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 1,827.24 | 0.00 | 0.00 |
|  | INTERNAL REVENUE SERVICE | 936.96 | 0.00 | 0.00 |
|  | INTERNAL REVENUE SERVICE | 7,812.99 | 0.00 | 0.00 |
| 1 | S3 Integration | 0.00 | 0.00 | 0.00 |
| 2 | Beth Ann Wahl | 0.00 | 0.00 | 0.00 |
| 3P | QUALITY CONCRETE OF ATLANTA INC | 68,237.31 | 0.00 | 0.00 |
| 5 | ATLANTA SUBURBAN GLASS, INC. | 4,135.00 | 0.00 | 0.00 |
| 6 | CHARLES WALKER, CONTROLLER | 6,877.69 | 0.00 | 0.00 |
| 7 | STRUCTURAL PRESERVATION SYSTEMS, LLC | 0.00 | 0.00 | 0.00 |
| 8 | JB MATHEWS COMPANY | 898.40 | 0.00 | 0.00 |
| 9 | GULF POWER COMPANY | 4,424.68 | 0.00 | 0.00 |
| 10 | QUALITY SIGN SYSTEMS D/B/A ASI-MODULEX | 1,407.89 | 0.00 | 0.00 |
| 11 | CLIFF'S CONSTRUCTION SERVICES, INC. | 998.02 | 0.00 | 0.00 |
| 12 | WILLIAMS SCOTSMAN, INC. | 15,309.11 | 0.00 | 0.00 |
| 13 | JTB ENTERPRISES | 8,324.93 | 0.00 | 0.00 |
| 17 | JAMESTOWN, INC. | 3,002.15 | 0.00 | 0.00 |
| 18U | WATER RESOURCE ASSOCIATES, INC. | 2,055.90 | 0.00 | 0.00 |
| 20 | AMERICAN CONSTRUCTION HOIST, INC. | 116,870.34 | 0.00 | 0.00 |
| 21 | THE BRALICH CORP D/B/A ALL-KLEEN | 0.00 | 0.00 | 0.00 |

|     |                                                          |              |      |      |
|-----|----------------------------------------------------------|-------------:|-----:|-----:|
|     | COMMERICA                                                |              |      |      |
| 22  | FLORIDA SUNCOAST PLASTERING, INC.                        | 63,112.70    | 0.00 | 0.00 |
| 23  | TEACHERS INSURANCE AND ANNUITY ASSOC.                    | 402,604.26   | 0.00 | 0.00 |
| 24  | RBS CITIZENS, NA A NATIONAL BANKING ASSOC D/B/A CHARTER ONE | 5,282,663.66 | 0.00 | 0.00 |
| 25  | TECHNICAL INNOVATION, LLC                                | 85,190.40    | 0.00 | 0.00 |
| 26  | MCKENNEY'S INC.                                          | 8,370.00     | 0.00 | 0.00 |
| 27  | ANNING-JOHNSON COMPANY                                   | 169,875.19   | 0.00 | 0.00 |
| 28  | INTEGRATED SYSTEMS OF FLORIDA INC.                       | 24,999.82    | 0.00 | 0.00 |
| 29  | ENERGY SYSTEMS SOUTHEAST                                 | 0.00         | 0.00 | 0.00 |
| 30  | BRILL ENTERPRISES, INC.                                  | 17,455.00    | 0.00 | 0.00 |
| 31  | BRILL ENTERPRISES, INC.                                  | 1,765.90     | 0.00 | 0.00 |
| 32  | GE CONSUMER & INDUSTRIAL F/K/A GE APPLIANCES             | 1,680.97     | 0.00 | 0.00 |
| 33  | WAGENER ENTERPRISES, INC.                                | 86,490.30    | 0.00 | 0.00 |
| 34  | LUTTRELL ARCHITECTURAL WOODWORKS, INC                    | 39,972.20    | 0.00 | 0.00 |
| 35  | RDC - USA, INC.                                          | 10,910.00    | 0.00 | 0.00 |
| 36  | SOUTHERN DOCK PRODUCTS                                   | 7,608.60     | 0.00 | 0.00 |
| 37  | MARATHON ELECTRICAL CONTRACTORS, INC.                    | 186,500.82   | 0.00 | 0.00 |
| 38  | EXECUTIVE PHYCHOLOGY, INC.                               | 39,060.26    | 0.00 | 0.00 |
| 39  | HAND ARENDALL LLC                                        | 1,384.00     | 0.00 | 0.00 |
| 40  | SUNBELT GLASS & ALUMINUM, INC.                           | 110,162.50   | 0.00 | 0.00 |
| 41  | VICTORIA CLEANING & TEMP SERVICES, INC.                  | 5,335.00     | 0.00 | 0.00 |
| 42  | VICTORIA CLEANING & TEMP SERVICES, INC.                  | 1,728.00     | 0.00 | 0.00 |
| 43U | ARCHIVE AMERICA                                          | 3,343.59     | 0.00 | 0.00 |
| 44  | BIRMINGHAM WATER WORKS                                   | 75.96        | 0.00 | 0.00 |
| 46  | CUSHMAN & WAKEFIELD OF GEORGIA, INC.                     | 10,000.00    | 0.00 | 0.00 |
| 47  | ERVIN LEASING CO.                                        | 18,946.14    | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 48 | TRNITY A DIVISION OF BANK OF THE WEST | 28,841.07 | 0.00 | 0.00 |
| 49 | GODFREY DESIGN & ADVERTISING, INC. | 35,389.05 | 0.00 | 0.00 |
| 50 | DIXIE ROOF DECKS, INC. | 120,861.50 | 0.00 | 0.00 |
| 51 | AMERICAN ROLL UP DOOR CO | 2,233.50 | 0.00 | 0.00 |
| 52 | CARR ALLISON | 2,923.00 | 0.00 | 0.00 |
| 53 | ROBB & STUCKY LTD, LLLP | 379,285.06 | 0.00 | 0.00 |
| 54 | SUTHERLAND ASBILL & BRENNAN LLP | 1,352.73 | 0.00 | 0.00 |
| 55U | STATE OF FLORIDA - DEPT OF REV | 0.00 | 0.00 | 0.00 |
| 56 | SPRINT NEXTEL | 812.33 | 0.00 | 0.00 |
| 57 | FEDEX CUSTOMER INFORMATION SERVICE | 1,783.73 | 0.00 | 0.00 |
| 58 | 334 PEACHTREE, LLC | 674,324.69 | 0.00 | 0.00 |
| 59 | LEE ARNOLD ASSOCIATES, INC. D/B/A COLLIERS ARNOLD | 544,251.12 | 0.00 | 0.00 |
| 60 | BAY TO BAY BALANCING, INC. | 1,800.00 | 0.00 | 0.00 |
| 61 | TALBOT CONSTRUCTION, INC. | 43,576.88 | 0.00 | 0.00 |
| 62 | ERVIN LEASING CO | 0.00 | 0.00 | 0.00 |
| 63 | O'ROURKE HOGAN FOWLER & DWYER | 7,177.58 | 0.00 | 0.00 |
| 64 | TEBARCO DOOR AND METAL SERVICES, INC. | 8,630.18 | 0.00 | 0.00 |
| 65 | GOODWIN BROS. CONSTRUCTION, INC. | 651,661.36 | 0.00 | 0.00 |
| 68 | ANDREW ELECTRIC CO., INC. | 53,608.80 | 0.00 | 0.00 |
| 69 | STANLEY ACCESS TECHNOLOGIES | 15,132.63 | 0.00 | 0.00 |
| 70U | SHUMATE MECHANICAL LLC | 182,808.30 | 0.00 | 0.00 |
| 71 | NORTHEAST VERIZON WIRE | 2,498.95 | 0.00 | 0.00 |
| 72 | KIMLEY-HORN AND ASSOCIATES, INC. | 2,686.47 | 0.00 | 0.00 |
| 73 | J. SMITH MECHANICAL, INC. D/B/A SMITH MECHANICAL, INC. | 35,090.90 | 0.00 | 0.00 |
| 74 | NASHVILLE INDUSTRIAL I, LLC | 2,072,036.00 | 0.00 | 0.00 |
| 75 | OPUS REAL ESTATE GA VIII H4&5 LLC | 837,726.00 | 0.00 | 0.00 |
| 76 | OPUS REAL ESTATE FL VII TO2, LLC | 621,983.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 77 | ROYAL 85 LLC | 1,889,789.00 | 0.00 | 0.00 |
| 78 | OPUS REAL ESTATE GA VIII LIMITED PARTNERSHIP | 10,349,480.00 | 0.00 | 0.00 |
| 79 | FALCON'S NEST OFFICE I, LLC | 762,500.00 | 0.00 | 0.00 |
| 80 | ODP FALCON'S NEST, LLC | 826,679.00 | 0.00 | 0.00 |
| 81 | FALCON'S NEST OFFICE I, LLC | 1,325,685.00 | 0.00 | 0.00 |
| 82 | NASHVILLE INDUSTRIAL I, LLC | 0.00 | 0.00 | 0.00 |
| 83 | ODP FALCON'S NEST, LLC | 1,844,700.00 | 0.00 | 0.00 |
| 84 | CURB-TECH, INC. | 77,263.09 | 0.00 | 0.00 |
| 85 | GE MONEY BANK D/B/A LOWES BRC | 2,765.05 | 0.00 | 0.00 |
| 86 | CALLSOURCE | 1,180.00 | 0.00 | 0.00 |
| 87 | PITNEY BOWES GLOBAL FINANCIAL SERVICES | 6,463.62 | 0.00 | 0.00 |
| 88 | A.L. GRADING CONTRACTORS, INC. | 621,921.33 | 0.00 | 0.00 |
| 89 | A.L. GRADING CONTRACTORS, INC. | 89,493.20 | 0.00 | 0.00 |
| 90 | HARTMAN SIMONS SPIELMAN & WOOD LLP | 20,602.52 | 0.00 | 0.00 |
| 91 | UNITED SITE SERVICES OF TEXAS, INC. | 4,086.88 | 0.00 | 0.00 |
| 92 | PREMIER MARKETING | 2,616.15 | 0.00 | 0.00 |
| 93 | GREGORY VANNOY & KOZMON ALEXANDER | 0.00 | 0.00 | 0.00 |
| 94 | TROPEX PLANT SERVICES | 1,284.00 | 0.00 | 0.00 |
| 96U | ALL-PRO ROOFING & CONSTRUCTION, INC. | 26,329.00 | 0.00 | 0.00 |
| 97 | GREGORY VANNOY & KOZMON ALEXANDER | 0.00 | 0.00 | 0.00 |
| 98 | PITNEY BOWES GLOBAL FINANCIAL SERVICES | 1,173.35 | 0.00 | 0.00 |
| 103 | MORGAN & BURT ELECTRIC CO., INC. | 499,060.37 | 0.00 | 0.00 |
| 104 | THOMAS H WALKER CONSULTANTS, LLC | 1,186.74 | 0.00 | 0.00 |
| 105 | THOMAS H WALKER CONSULTANTS, LLC | 981.75 | 0.00 | 0.00 |
| 106 | THOMAS H WALKER CONSULTANTS, LLC | 0.00 | 0.00 | 0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 107 | THOMAS H WALKER CONSULTANTS, LLC | 377.50 | 0.00 | 0.00 |
| 108 | RAMCON, LLC | 164,443.44 | 0.00 | 0.00 |
| 109 | BANK OF AMERICA, NA | 0.00 | 0.00 | 0.00 |
| 110 | KEVIN B POLSTON | 0.00 | 0.00 | 0.00 |
| 111 | TAMPA AMALGAMATED STEEL CORP | 292,567.30 | 0.00 | 0.00 |
| 112 | SHUTTS & BROWN LLP | 171,222.25 | 0.00 | 0.00 |
| 113U | THE SHOPPING CENTER GROUP LLC | 132,867.50 | 0.00 | 0.00 |
| 114 | METROPOLITAN GLASS SYSTEMS, INC. | 28,019.00 | 0.00 | 0.00 |
| 115 | SOUTHERN DOCK PRODUCTS | 28,552.68 | 0.00 | 0.00 |
| 117 | EMBARQ FLORIDA, INC. | 0.00 | 0.00 | 0.00 |
| 119 | HENRY INCORPORATED | 137,766.58 | 0.00 | 0.00 |
| 121 | BRIGGS AND MORGAN, PA | 13,527.08 | 0.00 | 0.00 |
| 122 | BRIGGS AND MORGAN, PA | 0.00 | 0.00 | 0.00 |
| 123U | STATE OF FLORIDA - DEPT OF REV | 628.94 | 0.00 | 0.00 |
| 125 | PITNEY BOWES CREDIT CORPORATION | 2,446.62 | 0.00 | 0.00 |
| 126 | KONE INC | 5,880.53 | 0.00 | 0.00 |
| 128 | PNC BANK, N.A. | 5,611,157.50 | 0.00 | 0.00 |
| 13-N | BARTIMAEUS INC | 3,771.00 | 0.00 | 0.00 |
| 133 | BLACK BOX NETWORK SERVICES | 37,290.00 | 0.00 | 0.00 |
| 134 | BIRMINGHAM WATER WORKS | 15.82 | 0.00 | 0.00 |
| 135 | BIRMINGHAM WATER WORKS | 950.41 | 0.00 | 0.00 |
| 136 | AERIAL INNOVATION, INC. | 556.40 | 0.00 | 0.00 |
| 137 | BALLINGER PUBLISHING | 1,795.00 | 0.00 | 0.00 |
| 138 | VITAL RECORDS CONTROL OF FL | 0.00 | 0.00 | 0.00 |
| 139 | ENERGY AIR INC. | 164,925.60 | 0.00 | 0.00 |
| 140 | MERYMAN ENVIRONMENTAL, INC. | 7,320.15 | 0.00 | 0.00 |
| 141 | ARAMARK CORP | 2,387.17 | 0.00 | 0.00 |
| 143 | CREATIVE FLORRING OF PENSACOLA, INC. | 2,703.75 | 0.00 | 0.00 |
| 144 | CREATIVE FLOORING OF PENSACOLA, INC. | 0.00 | 0.00 | 0.00 |
| 147 | SOUTHERN ELECRIC COMPANY, INC. | 1,200.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 148 | TIRES PLUS TOTAL CAR CARE | 0.00 | 0.00 | 0.00 |
| 149 | ADVANCED POWER TECHNOLOGIES LLC | 0.00 | 0.00 | 0.00 |
| 150 | ATLANTA FLOORING DESIGN CENTERS, INC. | 19,279.00 | 0.00 | 0.00 |
| 151 | MARATHON EQUIPMENT CO. | 25,023.60 | 0.00 | 0.00 |
| 153 | ACTION MOBILE INDUSTRIES | 2,388.60 | 0.00 | 0.00 |
| 154 | AMERIFACTORS FINANCIAL GROUP, LLC | 0.00 | 0.00 | 0.00 |
| 155 | WINDOW WORX LLC | 50,000.00 | 0.00 | 0.00 |
| 157 | STONECRAFTERS TILE & MARBLE INSTALLATIONS | 42,881.00 | 0.00 | 0.00 |
| 158U | DOBBINS, MARILYN A | 18,170.00 | 0.00 | 0.00 |
| 159 | ROBERT P FRANKEL & ASSOC | 134,603.99 | 0.00 | 0.00 |
| 160 | UNIVERSAL FIRE SYSTEM, INC. | 47,539.55 | 0.00 | 0.00 |
| 161 | RARE EARTH SCIENCES INC | 2,991.25 | 0.00 | 0.00 |
| 162 | VANGUARD OF FLORIDA LLC | 2,916.00 | 0.00 | 0.00 |
| 163 | TRIANGLE TERRAZZO & TILE CO | 27,212.70 | 0.00 | 0.00 |
| 164 | WASTE SERVICES OF FLORIDA INC | 0.00 | 0.00 | 0.00 |
| 166 | CENTAUR BUILDING SERVICES SOUTHEAST INC | 0.00 | 0.00 | 0.00 |
| 167 | AMERICAN CONSTRUCTION HOIST, INC. | 0.00 | 0.00 | 0.00 |
| 168 | ZICARO'S INC | 0.00 | 0.00 | 0.00 |
| 169 | WRIGHT EXPRESS FINANCIAL SERVICES | 9,258.41 | 0.00 | 0.00 |
| 170 | ALLSOUTH SPRINKLER COMPANY | 19,735.00 | 0.00 | 0.00 |
| 171 | TALBOT CONSTRUCTION, INC. | 0.00 | 0.00 | 0.00 |
| 172 | KING STEEL, INC. | 187,802.90 | 0.00 | 0.00 |
| 173 | SUPERMEDIA F/K/A IDEARC MEDIA LLC | 1,721.93 | 0.00 | 0.00 |
| 174 | JES PUBLISHING CORP | 0.00 | 0.00 | 0.00 |
| 177 | DASPIN & AUMENT LLP | 50,378.77 | 0.00 | 0.00 |
| 179 | JOHN FISHER D/B/A "I CAN'T BELIEVE IT'S CLEAN" | 0.00 | 0.00 | 0.00 |
| 180 | WELLS FARGO BANK, NA | 7,269,011.43 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 182 | RUMBERGER KIRK & CALDWELL PA | 23,356.81 | 0.00 | 0.00 |
| 183 | RUPPERT NURSERIES, INC. | 393,524.90 | 0.00 | 0.00 |
| 184U | OPUS CORPORATION | 1,692,450.04 | 0.00 | 0.00 |
| 186 | OPUS CORE, LLC | 468,273.00 | 0.00 | 0.00 |
| 187 | DRYCO, LLC | 2,160.50 | 0.00 | 0.00 |
| 188 | 300 BEACH DRIVE, LLC | 0.00 | 0.00 | 0.00 |
| 189U | HOWARD ZOROMSKY | 0.00 | 0.00 | 0.00 |
| 190 | BLASTERS, INC. | 3,950.00 | 0.00 | 0.00 |
| 191 | LOWE'S HOME CENTERS, INC. | 1,046,645.89 | 0.00 | 0.00 |
| 192 | CNA SURETY CORP | 51,315,137.00 | 0.00 | 0.00 |
| 193 | BROWN, JIMMY | 0.00 | 0.00 | 0.00 |
| 194 | CHRISTOPHER HARMAN | 0.00 | 0.00 | 0.00 |
| 195 | ARBELT INVESTMENT LIMITED PARTNERSHIP | 11,111,374.44 | 0.00 | 0.00 |
| 196 | OFFICE DEPOT | 0.00 | 0.00 | 0.00 |
| 197 | OPUS SOUTH CONTRACTORS, LLC | 0.00 | 0.00 | 0.00 |
| 198 | 8TH AND 14TH LLC | 0.00 | 0.00 | 0.00 |
| 199 | OPUS SOUTH CONSTRUCTION CORPORATION | 2,995,811.90 | 0.00 | 0.00 |
| 20-N | GLAZING CONSULTANTS INTERNATIONAL | 4,400.00 | 0.00 | 0.00 |
| 201 | LAGUNA AT RIVIERA DUNES I CONDO ASSOC INC | 584,836.00 | 0.00 | 0.00 |
| 202 | LAGUNA AT RIVIERA DUNES I CONDO ASSOC INC | 521,450.00 | 0.00 | 0.00 |
| 203 | LAGUNA AT RIVIERA DUNES I CONDO ASSOC INC | 521,450.00 | 0.00 | 0.00 |
| 204 | LAGUNA AT RIVIERA DUNES I CONDO ASSOC INC | 0.00 | 0.00 | 0.00 |
| 205 | BEN F PERRY CO., INC. | 3,613.00 | 0.00 | 0.00 |
| 207U | DAN F NICOL | 1,616.00 | 0.00 | 0.00 |
| 21-N | SOUTHERN DOOR SYSTEMS LLC | 1,409.67 | 0.00 | 0.00 |
| 210 | Broward County Revenue Collector | 232.89 | 0.00 | 0.00 |
| 211U | Tennessee Department of Revenue | 15.00 | 0.00 | 0.00 |
| 213 | Embarq Florida, Inc. | 799.25 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 214 | Chroma Inc. | 5,905.00 | 0.00 | 0.00 |
| 215 | McKenney's, Inc. | 0.00 | 0.00 | 0.00 |
| 216 | Amerifactors Financial Group, LLC | 0.00 | 0.00 | 0.00 |
| 217 | Columbia Precast LLC | 202,460.45 | 0.00 | 0.00 |
| 220 | Energy Air Inc. | 0.00 | 0.00 | 0.00 |
| 221 | Daniel M. Morris | 5,871.31 | 0.00 | 0.00 |
| 222 | Daspin & Aument LLP | 50,378.77 | 0.00 | 0.00 |
| 223 | Cutting Edge Granite Inc. | 44,466.75 | 0.00 | 0.00 |
| 224 | ADT Security Services Inc. | 382.44 | 0.00 | 0.00 |
| 225 | ADT Security Services Inc. | 2,490.21 | 0.00 | 0.00 |
| 226 | Hauesler Marvin Interiors Inc. | 223,148.83 | 0.00 | 0.00 |
| 227 | Centaur Building Services Southeast, Inc. | 0.00 | 0.00 | 0.00 |
| 228 | Jim Luca Electric Inc. | 0.00 | 0.00 | 0.00 |
| 229 | Shaw Contract Flooring Services, Inc. | 11,935.40 | 0.00 | 0.00 |
| 231 | Hill, Ward & Henderson, P.A. | 14,278.86 | 0.00 | 0.00 |
| 232U | Grant F. Wood | 7,850.00 | 0.00 | 0.00 |
| 234U | Kevin B. Polston | 116,550.00 | 0.00 | 0.00 |
| 236 | Abdullah Haider | 0.00 | 0.00 | 0.00 |
| 237 | BANK OF AMERICA, N.A. | 0.00 | 0.00 | 0.00 |
| 238 | AMERICAN CONSTRUCTION HOIST, INC. | 0.00 | 0.00 | 0.00 |
| 239 | Diversified Concrete Service Inc. | 132,545.42 | 0.00 | 0.00 |
| 24-N | ADAMS CONSTRUCTION SERVICES INC | 3,785.00 | 0.00 | 0.00 |
| 240 | Delaware Claims Agency,LLC | 0.00 | 0.00 | 0.00 |
| 242 | DIVERSIFIED CONCRETE SERVICE, INC. | 10,500.00 | 0.00 | 0.00 |
| 243 | DANKO CONCRETE CONSTRUCTION LLC | 45,000.00 | 0.00 | 0.00 |
| 244 | WILLIS OF MINNESOTA, INC | 15,000.00 | 0.00 | 0.00 |
| 245 | WILLIAMS STEEL COMPANY | 25,000.00 | 0.00 | 0.00 |
| 39-N | LM SQUARED INTERACTIVE SOLUTIONS | 8,565.00 | 0.00 | 0.00 |
| 46-N | ROADRUNNER COURIER SERVICE | 192.50 | 0.00 | 0.00 |
| 1-11CH | CORPORATION SERVICE COMPANY | 85.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 2-CH11 | OTIS ELEVATOR COMPANY & IT'S AFFILIATES ET AL | 387.20 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,071.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 241 | Gateway Rolloff Service LP | 4,071.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 46,787,500.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 185 | OUSTFC, LLC | 46,787,500.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JEOFFREY L. BURTCH, TRUSTEE
Trustee

JEOFFREY L. BURTCH, TRUSTEE
P.O. BOX 549
WILMINGTON, DE  19899-0549
(302) 472-7427

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**